IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MAEOLA SMITH and
DONNELL SMITH                                                              PLAINTIFFS

v.                              No. 5:16-cv-283-DPM

GENERAL MOTORS COMPANY,
an American Multinational Corporation;
TAKATA CORPORATION, a Foreign
Corporation; TK HOLDINGS, INC., a
Foreign Corporation; and HIGHLAND
INDUSTRIES, INC., a Foreign Corporation                                   DEFENDANTS

ORDER

The motion for a more definite statement, № 15, is granted. Everyone would benefit from a cleaned-up complaint. The motion to strike, № 19, is denied without prejudice. A second amended complaint that clarifies all the issues highlighted in № 15 & 16 is due by 31 January 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2017