IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MAEOLA SMITH &
DONNELL SMITH                                                    PLAINTIFFS

v.                          No. 5:16-cv-283-DPM

GENERAL MOTORS CO. &
TAKATA CORPORATION                                               DEFENDANTS

## ORDER

Takata Corporation is dismissed without prejudice, № 40. The Smiths' status report and other documents requested by the Court, № 40, are overdue. Please file them.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2017