# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MAEOLA SMITH &**
**DONNELL SMITH**                                                    **PLAINTIFFS**

**v.**                                  **No. 5:16-cv-283-DPM**

**GENERAL MOTORS CO.**                                          **DEFENDANT**

## ORDER

The Smiths have not responded to the Court's August and September Orders requesting more information to clarify service on the sole remaining defendant, General Motors. № 40 & № 41. If the Smiths do not respond by 27 October 2017, the Court will dismiss this case without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2017