IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MAEOLA SMITH &
DONNELL SMITH                                                    PLAINTIFFS

v.                          No. 5:16-cv-283-DPM

GENERAL MOTORS CO.                                              DEFENDANTS

### ORDER

1. The Court appreciates the Smiths' status report, № 43. The Court still has some concerns about service, though, which have not been addressed. № 40.

2. To get the case moving forward, the Court orders the Smiths to file a motion for a Clerk's default and a default judgment by 31 October 2017. The Smiths must serve the motion on GM's registered agent in Arkansas by certified mail, and file proof of service by 17 November 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2017