UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MAEOLA SMITH and
DONELLL SMITH                                                                                PLAINTIFFS

v.                                     No. 5:16-cv-283-JM

GENERAL MOTORS CO.                                                                          DEFENDANT

## JUDGMENT

Pursuant to the ordered entered this day, the complaint of the plaintiffs is dismissed with prejudice.

IT IS SO ORDERED this 20th of June, 2019.

_____
James M. Moody Jr.
United States District Judge